# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CHAMBER OF ARGENTINE-PARAGUAYAN PRODUCERS OF QUEBRACHO EXTRACT,** *et al.*,   Plaintiffs,   v.   **CORNEL A. HOLDER,** *et al.*,   Defendants. | Civil Action No. 05-0811 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendants' Cross Motion for Summary Judgment [#16] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [#14] is **DENIED**; and it is further

**ORDERED** that all other motions are **DENIED AS MOOT**; and it is further

**ORDERED** that plaintiffs' complaint is **DISMISSED** with prejudice.

                                  s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  August 30, 2005